# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 120 EM 2015

Respondent

v.

CHRISTOPHER WILLIS,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.